No. D–319.  IN RE DISBARMENT OF FEDER.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1009.]

No. D–327.  IN RE DISBARMENT OF STEVENS.  Harry J. Stevens, Jr., of Short Hills, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on March 7, 1983 [*ante*, p. 1019], is hereby discharged.

No. D–332.  IN RE DISBARMENT OF PARSONS.  It is ordered that Edward Parsons, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–2332.  NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL.  C. A. 4th Cir.  [Certiorari granted, 459 U. S. 1145.]  Motions of National Institute of Municipal Law Officers and United States Conference of Mayors et al. for leave to file briefs as *amici curiae* granted. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 82–91.  IMMIGRATION AND NATURALIZATION SERVICE *v.* PHINPATHYA.  C. A. 9th Cir.  [Certiorari granted, 459 U. S. 965.]  Motion of respondent to enlarge record, suggestion of mootness, and motion to stay further proceedings pending administrative action denied.